450 A.2d 184

Commonwealth v. McCants, Jr., Appellant.
Petition for Allowance of Appeal
Denied Nov. 29, 1982.

Argued February 8, 1982. John A. Halley, for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.

POPOVICH, J., filed a memorandum concurring statement.

450 A.2d 184

Commonwealth v. Morell, Jr., Appellant.

Submitted October 6, 1981. Filmore S. Harowitz, for appellant; Rayford A. Means, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Charles L. Durham is affirmed.